No. 689, Misc. WILLIAMS *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 445. ILLINOIS CENTRAL RAILROAD CO. ET AL. *v.* NORFOLK & WESTERN RAILWAY CO. ET AL.;

No. 484. CALUMET HARBOR TERMINALS, INC., ET AL. *v.* NORFOLK & WESTERN RAILWAY CO. ET AL.; and

No. 543. UNITED STATES ET AL. *v.* NORFOLK & WESTERN RAILWAY CO. ET AL. Appeal from D. C. N. D. Ohio. Probable jurisdiction noted. Cases consolidated and a total of two hours allotted for oral argument. *William J. O'Brien, Jr., Robert Mitten, Robert H. Bierma, Edmund A. Schroer* and *John C. Lawyer* for appellants in No. 445. *Charles B. Myers* for appellants in No. 484. *Solicitor General Marshall, Assistant Attorney General Turner, Lionel Kestenbaum, Jerry Z. Pruzansky, Robert W. Ginnane* and *Robert S. Burk* for the United States et al. in No. 543. *John L. Bordes* and *Martin L. Cassell* for Chicago, Rock Island & Pacific Railroad Co. et al., appellees in all cases. Reported below: 241 F. Supp. 974.

No. 412. SHILLITANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition which read as follows:

"1. Was the appellant denied his constitutional right to indictment and trial by jury?

"2. Does the 'admixture of civil and criminal contempt' invalidate the judgment of conviction?"

*Albert J. Krieger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.